# Exhibit 1

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2024-001989-GD-02
SECTION: PMH01
JUDGE: Jorge E Cueto

**IN RE: Pereira Santos, Elis Carneiro**

Ward

_____/

## ORDER APPOINTING PLENARY GUARDIAN OF PERSON AND PROPERTY
## (INCAPACITATED PERSON - NO KNOWN ADVANCE DIRECTIVE)

**DOCKET ENTRY NUMBER 1**

On the petition of **Ryno van der Merwe** for the appointment of a plenary guardian of the person and property ("Guardian") of **Elis Carneiro Pereira Santos,** ("Ward"), the Court finding that the Ward is totally incapacitated as adjudicated by order of this Court entered on June 6, 2024, and that it is necessary for a Guardian to be appointed for the person and property of the Ward, it is

ADJUDGED as follows:

1. **Ryno van der Merwe** is qualified to serve and is hereby appointed Guardian of the person and property of the above Ward.

2. Upon taking the prescribed oath, filing designation of resident agent and acceptance and entering into a bond in the amount of $0.00 payable to the Governor of the State of Florida and to all successors in office, conditioned on the faithful performance of all duties by the Guardian, letters of guardianship shall be issued.

3. The Guardian must place all liquid assets of the Ward in a restricted account in a financial institution designated pursuant to Section 69.031, Florida Statutes ("Depository"), to wit: all assets

4. The above is a frozen account. No funds can be withdrawn without court order.

5. All monies payable to the Guardianship shall be paid jointly to the Guardian and the Depository.

6. There shall be no sale, encumbrance, borrowing, or gifting of any assets without a special court order.

7. The Court finds no evidence that the Ward, prior to incapacity, executed any valid advance directive pursuant to Chapter 765, Florida Statutes. If any such advance directive exists, the Guardian shall exercise no authority over a health care surrogate until further order of this Court.

8. Ward may not have a license to carry a firearm and/or own or possess a weapon or firearm.

9. Initial guardianship report shall be filed in 60 days.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this <u>7th day of June, 2024</u>.

2024-001989-GD-02 06-07-2024 9:50 AM
Hon. Jorge E Cueto

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**
Daniel Joseph Mendez, daniel@mendezandmendezlaw.com
Daniel Joseph Mendez, service@mendezandmendezlaw.com

**Physically Served:**