# Exhibit 2

Division of Corporations



Department of State  /  Division of Corporations  /  Search Records  /  Search by Officer/Registered Agent Name  /

# Detail by Officer/Registered Agent Name

Foreign Profit Corporation
VANTER VENTURES INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | F10000001262 |
| **FEI/EIN Number** | 27-1708136 |
| **Date Filed** | 03/11/2010 |
| **State** | DE |
| **Status** | INACTIVE |
| **Last Event** | REVOKED FOR ANNUAL REPORT |
| **Event Date Filed** | 09/23/2011 |
| **Event Effective Date** | NONE |

**Principal Address**

1340 BRADDOCK PLACE
SUITE 140
ALEXANDRIA, VA 22314

**Mailing Address**

101 WEST 81ST STREET
APT 102
NEW YORK, NY 10024

**Registered Agent Name & Address**

EDELSTEIN, SOL
345 OCEAN DRIVE
STE 620
MIAMI BEACH, FL 33139

**Officer/Director Detail**

**Name & Address**

Title CP

EDELSTEIN, SOL
345 OCEAN DRIVE, STE 620
MIAMI BEACH, FL 33139

Title VCS

EDELSTEIN, ADAM
101 WEST 81ST STREET, APT 102
NEW YORK, NY 10024

**Annual Reports**

**No Annual Reports Filed**

**Document Images**

03/11/2010 -- Foreign Profit     View image in PDF format