# Exhibit 3

EXHIBIT 4

# Cruise Line Directory

Medical representatives for various cruise lines have supplied current address information and special conditions or preferences for medical staff. Other lines that wish to be listed should contact the staff liaison.

Please note that some of the consultants listed below are representatives for several cruise lines.

This listing is a service for section members. ACEP in no way endorses these companies over other cruise lines and ACEP is not affiliated with these companies in any way.

### Crystal Cruises

Sol Edelstein, MD, FACEP

Medical Consultant,

Vanter Cruise Health Services

Patricia McAllister

Vanter Cruise Health Services

703-236-2690

703-548-0220 fax

Email: **pmcallister@vanterventures.com**

Two ships - Crystal Symphony and Crystal Serenity - each have 940 to 1080 passenger capacity, and 545 and 655 crew members, offering worldwide luxury cruising. Each ship has one physician and three nurses. Preferred medical team members: English-speaking licensed physicians and nurses with broad general, emergency and shipboard experience. Contract duration: two to four months for physicians, and three to four months for nurses.

### Disney Cruise Line

Sol Edelstein, MD, FACEP

Medical Director,

Vanter Cruise Health Services

EXHIBIT 4

Patricia McAllister
Vanter Cruise Health Services
Email: **pmcallister**

# Cruise Job directory.com Cruise Ship Jobs with Vanter Cruise Health Services

by cruisejobs

Cruise Ship Jobs in the Medical Department

Vanter Cruise Health Services is a company providing medical personnel to the cruise industry. They recruit physicians and nurses with emergency, critical care, or family/primary care experience, accustomed to working in independent settings and would like to have the experience of working in cruise medicine.

==They are a recruitment partner of Disney Cruise Line and Crystal Cruises.==

To apply, applicants may download, complete and submit Vanter Cruise Health Services' application along with copies of their professional license(s), ACLS, ATLS, PALS, STCW certification (if applicable) and passport to Vanter Cruise Health Services by fax, mail, or email. All supporting documentation must be submitted in English.

1340 Braddock Place
Suite 201
Alexandria, VA 22314

USA
Tel: (+1) 703 236-2690
Fax: (+1) 703 548-0220

Website: [Vanter Cruise Health Services](#)
Email: info@vantercruise.com
Updated:  November 12, 2021

[Share on FacebookShare on TwitterShare on LinkedinShare on Pinterest](#)
Categories[Cruise Ship Concessions Info](#)Tags[Crystal Cruises](#), [Disney Cruise Line](#)
[Zest Recruitment](#)
[Paramedic and Nurse Jobs with Princess Cruises](#)

**[r@vanterventures.com](mailto:r@vanterventures.com)**

The Disney Cruise Line operates 3 ships with a fourth ship scheduled in 2012. Physicians are independent contractors and are experienced in emergency medicine, internal medicine or family practice. Contracts are 16 weeks. Liability coverage is provided.