# Exhibit 4

**From:** Crewesq <julio@crewadvocacy.com>
**Sent:** Tuesday, June 11, 2024 9:02 PM
**To:** Jeffrey Maltzman <jeffreym@maltzmanpartners.com>; Laurie Valqui <lauriev@maltzmanpartners.com>
**Subject:** Re: Elis Carneiro Pereira Santos v. Vanter Cruise Health Services

Thank you for your response. We can stipulate that all references in the discovery to Vanter Cruise Health Services Inc. are to be read as referring to Vanter Cruise Global, Inc.

Regards,

*Julio J. Ayala, Esq.*
**CREWMEMBER & MARITIME ADVOCACY CENTER, P.A**



*1100 Catalonia Ave.*
*Coral Gables, Florida 33134*
*C. 305-310-7108*
*T. 305-374-9099*
*Email:crewesq@crewadvocacy.com*
*Web:www.crewadvocacy.com*

---

**From:** Jeffrey Maltzman <jeffreym@maltzmanpartners.com>
**Sent:** Tuesday, June 11, 2024 8:20 PM
**To:** Crewesq <julio@crewadvocacy.com>; Laurie Valqui <lauriev@maltzmanpartners.com>
**Subject:** Re: Elis Carneiro Pereira Santos v. Vanter Cruise Health Services

**[EXTERNAL EMAIL]** The following message is from a sender outside your organization. DO NOT CLICK on any links or any attachments if you are unsure of the email sent.

Julio

Here is the signed Waiver of Service form which I believe you need to file with the court. By copy to Laurie, please calendar that a response to the Complaint is due 60 days from today pursuant to the waiver statute.

I believe the discovery you served still names the wrong Vanter entity. Do you want to re-serve corrected discovery or should we just stipulate that all references in the discovery to Vanter Cruise Health Services Inc. are to be read as referring to Vanter Cruise Global, Inc. and that I should answer on behalf of that entity.

Thank you
Jeffrey