# Exhibit 5

EXHIBIT XXX

# Booking Terms & Conditions

BOOKING TERMS & CONDITIONS for cruises booked in the United States (effective February 1, 2023)

IMPORTANT INFORMATION ABOUT THESE TERMS

When you complete your Booking, you accept these Terms and Conditions ("Terms") and any other terms and conditions that you are provided during the booking process. These Terms include an agreement to mandatory, binding individual arbitration, which means that you agree to submit disputes related to our services, or these Terms, to binding arbitration rather than proceeding in court. These Terms also include your waiver of any right to bring, or participate in, a class action and a jury trial waiver. If anything in these Terms is (or becomes) invalid or unenforceable, it will still be enforced to the fullest extent permitted by law and you will still be bound by everything else in these Terms.

THESE TERMS APPLY TO YOUR BOOKING AND CRUISE AND CRUISE PACKAGE. PLEASE READ THEM CAREFULLY AS YOU WILL BE BOUND BY THEM ALONG WITH ALL TERMS AND CONDITIONS OF THE TICKET CONTRACT. PASSENGER'S ATTENTION IS PARTICULARLY DRAWN TO SECTIONS 3, 9, 10, 15, AND 21 OF THESE BOOKING TERMS AND CONDITIONS WHICH LIMIT CRYSTAL'S LEGAL LIABILITY AND EFFECT OR LIMIT YOUR LEGAL RIGHTS.

Cruise Contract

Your ticket is the Cruise Contract.You are encouraged to carefully read your Cruise Contract, as it contains important terms and conditions which govern your cruise vacation and affect your legal rights. In the event of conflict between the terms and conditions in the Cruise Contract, these Booking Terms and Conditions, the terms of any Crystal advertisement or offer, and the oral or written representations of any Crystal representative, or any other terms and conditions on Crystal's website, the terms and conditions in the Cruise Contract shall control. The Cruise Contract and all other terms and conditions are available at www.crystalcruises.com.

Definitions

"Booking" means the Guest or Guest's agent to enter into a Contract with the Company.

"Booking Terms and Conditions" or "Terms" means these terms and conditions and the information contained in Crystal brochures, its Website and/or other information which will form the express terms of your Contract with Crystal.

"Contract" means the contract between Crystal and the Guest for the Cruise Package as reflected in the confirmation invoice sent by Crystal to Guest's Travel Advisor or directly to the Guest.

"Cruise" means transport by sea and the stay onboard a Crystal vessel (as described in Crystal brochure, the Crystal Website or other Crystal document). A Cruise can be considered a Cruise Package whether it is purchased with pre- or post-Cruise services and/or accommodations.

"Cruise Package" means the Cruise whether or not in combination with flight(s) and/or any pre- and/or post Cruise

EXHIBIT XXX

accommodations.

"Crystal" means Crystal Cruises Ltd. and its owners, operators, charterer(s), parents, subsidiaries, affiliates, principals, agents, licensors, joint venturers and all employees, officers, crew members, pilots, and agents of such individuals, companies, and entities. Crystal's address is Crystal Cruises Ltd, c/o Crystal Cruises USA, LLC, 1411 Opus Place, Suite 300, Downers Grove, Illinois 60515.

"Guest" means each person, including minors, named either on the booking confirmation or on the invoice or on a ticket issued by Crystal.

"Guests with Disabilities" means any Guest who has special needs.

"Minor" means any person under the age of 18.

"Travel Advisor" means any travel agent or any website not owned or operated by Crystal and used by the Guest to book their Cruise Package.

"Refund" means a return of all or part of the cruise fare or Cruise Package and is applicable only on the conditions described herein. A Refund may, at Crystal's sole option, be issued in the form of a cruise credit certificate redeemable for a future cruise and valid for a period of at least one year from the date of issuance and which shall have no cash value. In the event of a Refund of taxes, fees or port expenses, such amount may, at Crystal's sole option, be issued in the form of a credit certificate for future taxes, fees or port expenses on a future booking, however if the certificate is not used within the time period specified on the certificate, Guest shall be entitled to a cash refund of taxes, fees or port expenses actually paid.

"Shore Excursion" means any excursion, trip or activity ashore that is not included as part of the all-inclusive price of the Cruise Package and is offered for sale by the Crystal or onboard its vessels. Shore excursions are operated by independent third parties and are not operated or under the direction and control of Crystal.

"Website" means the set of related web pages, documents and hypertext links served from the web domain www.crystalcruises.com.

1. DEPOSIT/PAYMENT INFORMATION

A deposit is required to confirm a reservation that shall be determined at the time of booking. Cruise Packages are subject to cancellation if full deposit is not received by Crystal within the time specified at time of booking. For reservations confirmed in U.S. Dollars, final payment in the form of a check or all major credit cards must be received on the date determined at the time of booking. Please contact your Travel Advisor for complete details. Failure to strictly comply with the deposit and final payment schedules, or any other applicable policies and procedures, will result in the automatic cancellation of pending reservations.

For payments by mail, send to:

Crystal Cruises USA, LLC
1411 Opus Place
Ste 300
Downers Grove, Illinois 60515

One Crystal open deposit certificate may also be applied towards a deposit as a partial payment to supplement another form of payment until the full deposit requirement is met. Once a deposit is applied to a booking, the booking and guest suite/guest room is confirmed until the date final payment is due. The deposit is refundable until the final payment due date, with the exception of the applicable administration fee (see Cancellation and Administration fees below).If the booking is cancelled, the refundable portion of the guest's deposit will be

EXHIBIT XXX

refunded to the original method used for payment within seven (7) to ten (10) business days.

Prior to making a deposit a Guest or travel advisor may hold a booking without a deposit (an "Option"), but such Option does not guarantee a guest's booking. The Option invoice will display the Option expiry date and a deposit must be received by Crystal before the expiry date to confirm the booking.

## 2. BOOKING SINGLE / THIRD / FOURTH BERTHS

Certain select room categories on Crystal ships are designated as single occupancy categories. These rooms can accommodate no more than one adult person.

Occupancy categories for three and four persons are available, however, they cannot be guaranteed beyond the time of booking as capacity is controlled based on ship occupancy.

## 3. PAYMENT SCHEDULE

The date of final payment for a cruise is determined by the length of the cruise:

- Standard cruises and combination cruises less than 40 days in duration: Final payment is due 120 days prior to departure
- Standard cruises and combination cruises greater than 39 days in duration: Final payment is due at 150 days prior to departure

Bookings created within final payment period of Guest's Cruise must be paid in full at the time of booking.

## 4. BOOKING TRANSFERS BETWEEN CRYSTAL AND TRAVEL ADVISORS

A guest may request a change or modification to the original booking either through Crystal directly or Guest's a travel advisor. Such requests must be made either (A) within thirty (30) days of a confirmed booking and before the final payment date; or (B) before making final payment and must be made directly to the original booking source, i.e., travel advisor or Crystal who originally booked Guest's Cruise. Once a booking is transferred, the guest and Guest's travel advisor will be notified of the transfer via email confirmation.

## 5. CHANGES AND CANCELLATIONS BY THE GUEST

(A) Fee for changes to a Booking. Once a cruise booking has a deposit or air is paid in full, all changes are subject to the applicable administration fee (see below). See Cancellation Policy below for additional details on situations that are considered cancellations rather than changes to bookings. The booking must always retain at least one guest name from the original booking or the entire booking shall be deemed cancelled by Guest.

(B) Changes to the Name(s) of Guests on the Booking. A Guest may change the name(s) of Guests on the booking depending on the details of the booking. If a booking has any of the following, name changes may not be allowed, and will need to be reviewed and approved by Crystal:

1. Insurance — no name changes allowed. Guest must cancel any portion of a booking for any Guest who will not travel on the Cruise, with cancellation fees assessed for the person not travelling. Guest must then file a claim with the vacation insurance provider.

2. Air — no name changes allowed.

3. Within 7 days prior to departure — no name changes allowed.

EXHIBIT XXX

(C) Cancellation Policy and Administration Fees

In the event Guest cancels a cruise booking, cancellation fees will apply as noted below unless otherwise expressly stated in your Cruise Contract or elsewhere in these Terms, or except as provided by applicable law. Except as expressly stated herein, cancellation fees will also apply to changes to departure date; substitutions of itinerary; substitution of another person for original booked passenger(s); and changes to a promotional fare. No refunds shall be made in the event of interruption or cancellation by a passenger after commencement of the Cruise unless otherwise expressly stated in your Cruise Contract or elsewhere in these Terms and Conditions, or except as provided by applicable law.

No refunds will be made in the event of "no shows," unused tickets, partially used tickets, or late cancellations as set forth in the schedule below or after the start of the Cruise.

Cancellation fees for individual bookings will be assessed as listed below based on the total cruise fare less applicable destination fees. For cancellation fees related to group bookings, partial ship charters or full ship charters, refer to your vessel accommodation hire agreement or group booking agreement for terms and conditions.

(D) CRUISE CANCELLATION FEES

For Voyages of 39 days or less
**If cancellation is made**

| | |
|---|---|
| 121+ days | $125 pp administration fee* |
| 120-91 days | 25% cancellation fee |
| 90-76 days | 50% cancellation fee |
| 75-51 days | 75% cancellation fee |
| 50 days | 100% cancellation fee |

For Voyages of 40 days or longer
**If cancellation is made**

| | |
|---|---|
| 151+ days | $250 pp administration fee* |
| 150-121 days | 25% cancellation fee |
| 120-91 days | 50% cancellation fee |
| 90-61 days | 75% cancellation fee |
| 60 days | 100% cancellation fee |

*The administration fee is assessed on a per person basis, double occupancy per suite/guest room and can be used toward a future sailing within twenty-four (24) months of the cancellation date.

The above cancellation and administration fees are subject to change without notice. In the event of any conflict between the Cancellation and Administration Fees described herein and those described on Crystal's Website, the Website Cancellation and Administration Fees shall prevail.

Crystal strongly recommends the purchase of Allianz Travel Protection that includes coverage for travel cancellation or interruptions, including those related to public health concerns such as COVID-19.

EXHIBIT XXX

(E) Air Cancellation Fees

Crystal facilitates the purchase of air products in relation to Guest's Cruise. Air cancellation fees are assessed on behalf of the airline and in accordance with the air fares Crystal provides to Guest. Due to extended ticketing time limits, Guest's flights are fully refundable until ticketing which is generally ninety (90) days prior to departure. If Guest cancels either the Cruise or elects to cancel flights within ninety (90) days prior to departure, Crystal will assess cancellation fees of either the full cost of the ticket or the airline cancellation fee for the booking class which in the reservation was made. Cancellation fees for flights will be provided at the time the cancellation is requested.

(F) Hotel Cancellations

Crystal facilitates the purchase of pre- and post-cruise hotel accommodations pursuant to the ships' embarkation and disembarkation dates. Hotels are fully refundable until ninety (90) days prior to departure. If a guest cancels either their Cruise or elects to cancel their pre- or post-cruise hotel accommodations within ninety (90) days prior to departure, a cancellation fee amounting to the full cost of the hotel will be imposed.

(G) Transfer Cancellations

Crystal facilitates the purchase of pre- and post-cruise transfer programs from either airport to pier, airport to hotel (a Crystal sold hotel), hotel (a Crystal sold hotel) to pier, pier to airport, pier to hotel (a Crystal sold hotel), or hotel to airport (a Crystal sold hotel). Transfer services are fully refundable until thirty (30) days prior to departure. If a guest cancels either their cruise or just elects to cancel their transfers within thirty (30) days prior to departure, a cancellation fee amounting to the full cost of the transfer will be imposed and Crystal shall have no liability to refund the Guest.

(H) Extended Land Programs ("ELP") Cancellations

Crystal facilitates the purchase of pre-, post-, or mid-voyage ELP allowing guests to be immersed in the local destinations to which Crystal sails. Due to the extensive planning of these ELP's, Crystal requires full payment at the time of booking and they may not be cancelled. If a Guest cancels either the Cruise or elects to cancel the ELP at any time after the ELP has been confirmed, a cancellation fee amounting to the full cost of the ELP will be imposed and Crystal shall have no liability to refund the Guest.

(I) Insurance Cancellations

Crystal facilitates the purchase of travel insurance through Allianz Travel Insurance. Travel insurance is remitted to the insurance provider at the time when cancellation fees begin to apply, or at the time of final payment if the booking is created within cancellation fee schedule. Guest has 10-days after the purchase of insurance in which the insurance can be cancelled and refunded. The full cost of the insurance product will be chargedshould the Guest cancel the insurance product 11-days after purchase.

6. REFUND POLICY FOR NONPERFORMANCE OF CRUISES FOR GUESTS BOARDING IN A U.S. PORT

If Crystal cancels or delays Guest's Cruise for more than three (3) calendar days, and Guest does not accept an alternative cruise or chooses not to travel on a delayed cruise, Guest may request a refund or a cruise credit by emailing Crystal at info@crystalcruises.com. Requests must be made within 180 days of the original scheduled sail date and must include a copy of the cruise confirmation, proof and amount of payment, and cancellation or delay notice. All documentation should clearly display the vessel and scheduled date of sailing. If a cruise reservation is cancelled or delayed by Crystal prior to commencement of the Cruise, Crystal shall have no responsibility beyond the refund of monies paid related to the Cruise that was cancelled or delayed by Crystal without offset for cancellation fees imposed by Crystal.

EXHIBIT XXX

## 7. RIGHT TO CHANGE ITINERARY/DETENTION

Crystal may in its sole discretion and without prior notice change, substitute, postpone, cancel or deviate from any scheduled sailing, itinerary or call at any port, and may substitute another vessel for the ship, and shall not be liable for any loss or damage incurred by a Guest as a result of any such change, substitution, postponement, cancellation or deviation. The Guest shall pay any and all expenses incurred if a Guest is detained on board ship or elsewhere at any stage of a voyage because of quarantine, port regulations, prevailing applicable law, illegal activity, illness or public health outbreak such as detection of COVID-19 onboard. If a threshold of a public health outbreak is detected onboard the ship during a voyage, the voyage will be ended immediately and the ship returned to the U.S. port of embarkation, and your subsequent travel, including the return home, may be restricted or delayed.

## 8. LIMITED MEDICAL FACILITIES ONBOARD; FITNESS TO TRAVEL

(A) Limited Onboard Medical Facilities

The Guest admits a full understanding of the character of the cruise and the Ship and assumes all risks incident to travel and transportation and handling of Guests and baggage. While at sea or in port the availability of medical care may be limited or delayed. Guest acknowledges that all or part of Guest's cruise may be in areas where medical care and evacuation may not be available. Guest agrees to indemnify and reimburse Carrier in the event Carrier elects to advance the cost of emergency medical care, including medical care provided ashore as well as transportation and/or lodging in connection therewith. Guests who embark in violation of the Contract terms assume all associated risks and agree to indemnify and reimburse Crystal for all resulting losses, costs and expenses, including without limitation those related to the Ship's deviation from its scheduled route, and other expenses attributable to disembarkation of such Guests. Guests are encouraged to contact their treating physician to discuss their health concerns, including pregnancy and COVID-19, before traveling.

(B) Fitness to Travel

By booking a Crystal Cruise, Guest represents that Guest and Guest's travelling party are physically and emotionally fit to travel at the time of embarkation, and further warrants that such Guests have no medical or emotional condition that would endanger any Guest or crewmembers or result in a deviation of the Voyage. Any Guest with special medical, physical, or other needs requiring medical attention or special accommodation during the Voyage is requested to notify Crystal in writing at the time of booking of such special need. Upon booking the Cruise, Guests who have special needs are requested to contact Crystal's Onboard Guest Services at OBGS@crystalcruises.com to discuss the details of their special needs. Crystal recommends that any Guest who is not self-sufficient should travel with a companion who shall take responsibility for any personal assistance needed during the Cruise because Crystal does not provide personal care assistance to Guests. All Guests must be able to provide for their own, or arrange for, personal care and the Ship's crew will not provide any assistance with such personal tasks. Guest acknowledges and understands that certain international safety requirements, shipbuilding standards, and/or applicable regulations involving design, construction or operation of the Ship may restrict access to facilities or activities for persons with mobility, communication or other impairments or special needs. Guests requiring the use of a wheelchair must provide their own wheelchair as wheelchairs carried on board are for emergency use only. For the convenience and comfort of such Guests, they are strongly encouraged to bring a collapsible wheelchair. Motorized scooters must not exceed 22" in width. Crystal reserves the right to limit the number of scooters on board. Guest acknowledges that standard cabins are not designed to be barrier free and wheelchair accessible. The ship's Master has the right at any time to require any Guest to debark for medical reasons, including but not limited to a suspected exposure to or illness from any communicable or contagious disease, including infection with COVID-19, and compliance is mandatory. For Guest's peace of mind, Crystal highly recommends the purchase of the Crystal Guest Protection Program.

## 9. PUBLIC HEALTH: COMMUNICABLE OR INFECTIOUS DISEASES

"Communicable Disease" or means any disease or illness caused by microorganisms such as bacteria, viruses, parasites, or fungi that can be spread, directly or indirectly, from one person to another. "Infectious Disease" means any disease or illness caused by microorganisms such as bacteria, viruses, parasites, or fungi that enter the body, multiply, and can cause an infection. Guest agrees, understands, and acknowledges, that an inherent risk of exposure to Communicable and Infectious Diseases such as, for example, COVID-19 (as defined by the World Health Organization and any strains, variants, or mutations thereof) and SARS-CoV-2 (the virus that can cause COVID-19) (collectively, "COVID-19"), exists in any public place where people are present, including a cruise ship. Extremely contagious Communicable Diseases can lead to severe illness and death. No precautions can eliminate the risk of exposure to them, and the risk of exposure applies to everyone. According to the Centers for Disease Control and Prevention ("CDC"), older adults (people 65 years and older) and people of any age who have underlying medical conditions are at higher risk for severe illness and death from COVID-19. Relevant public health authorities, including but not limited to the CDC and others worldwide, are referred to herein as "Public Health Authorities." You acknowledge that the risk of exposure to Communicable or Infectious Disease, such as COVID-19, includes the risk that you will expose others that you encounter, even if you are not experiencing or displaying any symptoms of illness.

Guest acknowledges and agrees to voluntarily assume any and all risks in any way related to exposure to any Communicable or Infectious Disease such as COVID-19, including illness, injury, or death of Guest or others. Guest acknowledges that embarkation and participation in a cruise is entirely voluntary. By embarking and participating in a cruise Guest attests that Guest is knowledgeable about his or her individual risk of developing severe illness if Guest is exposed to and/or infected with highly contagious or communicable illnesses or diseases such as COVID-19. Guest must make an informed decision about cruising based on Guest's individual risk and Guest is strongly encouraged to consult with a medical provider before deciding to cruise based on Guest's individual risk.

Guest further acknowledges and agrees to abide by, and consent to, all public health rules, regulations, mandates and safety protocols issued by Crystal and/or Public Health Authorities worldwide, including but not limited to: (a) Submission to mandatory testing at such times and frequency as required by Public Health Authorities or Crystal, which may include testing before and after your cruise; (b) submission to enhanced health screening for signs and symptoms of or known exposure to communicable or infectious diseases such as COVID-19; (c) denial of boarding due to signs and symptoms of a possible infection or known exposure to communicable or infectious diseases such as COVID-19 as determined by Crystal at its sole discretion, according to technical instructions or orders by Public Health Authorities; (d) participation in contact tracing and data collection for contagious or infectious disease surveillance; (e) mandatory shipboard isolation and/or quarantine at the sole discretion of the shipboard physician; (f) mandatory disembarkation and evacuation due to a suspected illness or infection by Guest or someone else onboard Guest's Cruise (evacuation and disembarkation may occur in a foreign port or a port outside Guest's original cruise itinerary); (g) post-cruise quarantine instructions; (h) mandatory daily temperature checks; (i) mandatory use of face coverings/face masks according to Public Health Authorities' guidelines and (j) following Crystal physical distancing requirements.

You further acknowledge that the public health rules, regulations, mandates, and safety protocols issued by Crystal and/or Public Health Authorities and/or other governing bodies are subject to change. Crystal reserves the right to change any of its health and safety protocols, including, but not limited to, requirements on vaccinations, masks, and physical distancing at its sole discretion, without notice, both prior to and during your presence on the ship. It is your sole responsibility to confirm any changes to any health and safety protocols that may be applicable at any destination worldwide and ensure compliance with all health and safety protocols in effect on the ship and all ports of call during the Cruise as well as embarkation and disembarkation locations.

Guest is solely responsible for obtaining current travel advisories, warnings and requirements by contacting your travel agent, and applicable embassies and consulates worldwide. You are also strongly encouraged to review any

EXHIBIT XXX

CDC travel advisory, warning, or recommendation relating to cruise travel prior to making your Cruise reservation at https://www.cdc.gov, and to visit the U.S. State Department's website at https://travel.state.gov.

## 10. FORCE MAJEURE

Force majeure means unusual and unforeseeable circumstances or unpredictable events beyond Crystal's control, including, but not limited to, acts of God, flood, earthquake, storm, hurricane, drought adverse weather conditions; or other natural disasters), waror warlike operations, threat of war; invasion, act of foreign enemies, hostilities (regardless of whether war is declared), civil war, rebellion, revolution, insurrection, military or usurped power or confiscation, terrorist activities (actual or threatened); riots, civil commotions or disturbances, industrial disputes, labor difficulties, whether or not carrier is a party thereto, interference by authorities, requisitioning of the ship, political disturbance, inability to secure or failure of supplies, perils of the sea, collision, allision, foundering of the ship,piracy, nuclear disasters, fire, epidemics, pandemics, public health concerns, health risks, nationalization, government sanction, no sail orders, blockage, embargo, labor dispute, strike, lockout or interruption or failure of electricity or telephone service and/or any unforeseen technical problems with the ship or other transport including changes due to rescheduling or cancellation or alteration of flights, closed or congested airports or ports; riot; civil strife; industrial dispute; technical problems or breakdown of machinery or equipment; outages or power failures; pandemics, epidemics or outbreaks of illnessor any other cause whatsoever beyond the control of Crystal.In the event of a cancellation or material alteration to the Cruise as a result of the circumstances as described above, Crystal shall have no liability whatsoever for any travel related costs incurred by Guest, including but not limited to, air, insurance, visas and other travel arrangements of any kind.

## 11. BAGGAGE, VALUABLES AND OTHER POSSESSIONS

Each Guest may bring aboard the ship a reasonable amount of clothing and personal effects without charge, not to exceed 2 bags per person. All Guest baggage must be stored in the Guest's suite/guest room and must be labeled with the Crystal baggage tag. Dangerous or illegal articles such as weapons, explosives, liquid oxygen, combustible substances or nonprescription controlled substances may not be taken aboard the ship. Any such items shall be surrendered to the Master of the ship at embarkation, and may be disposed of at the sole discretion of the Master. See Cruise Contract for regarding limitation of liability for valuables, including but not limited to, as cash, negotiable securities or other financial instruments, gold, silverware, jewelry, ornaments, works of art, photographic/video/audio equipment or supplies, laptop computers, and cellular phones.

Guest is responsible for all baggage and personal effects throughout the Cruise and Crystal shall have no liability for lost or damaged baggage or valuables except as set forth in Guest's Cruise Ticket, which is available at www.crystalcruises.com. Please check with your air carrier for other baggage restrictions and fees applicable to your flights.

## 12. PUBLISHED CRUISE FARES

Published cruise prices are per person, double occupancy except where indicated. Although not expected, published prices may be modified due to unexpected significant external factors not forecasted at the time of printing.

## 13.CRYSTAL'S GUEST PROTECTION PROGRAM

Travel insurance is not included in the price of the Cruise and is recommended. You may purchase Crystal's Guest Protection Program administered by Allianz (which provides cancellation coverage, medical coverage and protection against lost or stolen or damaged luggage). Coverage takes effect the day Allianz receives payment for the plan, normally at time which cancellation fees begin, or at final payment when inside of the cancellation fee schedule. The Guest Protection Program is available up to final payment for your cruise. However, the plan must

EXHIBIT XXX

be added to the booking and paid for no later than the time of final payment to waive the pre-existing medical condition exclusion. Additional terms apply. The cost of coverage is calculated based on the total cost of your travel arrangements. For more information, visit https://www.allianzworldwidepartners.com/usa/terms-and-conditions/001005940. Insurance coverage is subject to the terms, limitations, and exclusions in the plan, including an exclusion for pre-existing conditions.

## 14. PASSPORTS AND VISAS

It is the Guest's sole responsibility to obtain and have available when necessary, the appropriate valid travel documents. All Guests (U.S. and Canadian citizens, residents and Non-U.S. citizens) must have valid government issued citizenship documentation in order to sail which may include valid original U.S. issued Permanent Resident Card (also known as Alien Registration Card – ARC), passports and/or necessary visas. Passports must be valid for six (6) months after completion of your journey and should also have sufficient blank visa pages for entry and exit stamps. You may be refused boarding or disembarked without liability for refund, payment, compensation, or credit of any kind if you do not have proper documentation, and you will be subject to any fine or other costs incurred by Crystal which result from improper documentation or noncompliance with applicable regulations. Crystal shall not be responsible should any guest be denied entry to a country due to noncompliance with these requirements. For guidance about the necessary travel documents needed for your trip, please visit https://crystalcruises.visacentral.com.

U.S. government regulations related to passport requirements are subject to change. Therefore, Crystal strongly encourages U.S. Guests of all ages to have a valid U.S. passport for all cruises. Please visit the U.S. Department of State website at https://travel.state.gov or call the U.S. National Passport Information Center at 877-4USA-PPT for the most current requirements. All non-U.S. Guests must have proper documentation to enter the United States. More information regarding what is needed to travel to the United States can be found at https://cbp.gov or https://travel.state.gov. It is mandatory for anyone travelling to or transferring through the U.S. under the Visa Waiver Program, to obtain approval to travel no later than 72 hours prior to travel by completing the online Electronic System for Travel Authorization (ESTA) process. Additional information about ESTA can be obtained by visiting https://esta.cbp.dhs.gov.

All Guests are advised to check with the appropriate government authority to determine the necessary documents required for their travel, including the countries of embarkation, disembarkation and any other countries visited as part of the cruise itinerary.

## 15. GUEST'S TRAVEL ADVISOR

Guest's Travel Advisor acts as Guest's agent and not Crystal's agent. Guest's Travel Advisor has the authority to bind the Guest to these Terms and in making the arrangements for the Guest's Cruise Package, including any related travel, accommodations, shore excursions and tours. Guest acknowledges that Crystal is not responsible for the financial condition, integrity, conduct or any actions of any such Travel Advisor. Crystal is not responsible for any representation made by, or conduct of, Guest's Travel Advisor, including but not limited to, any failure to remit Guest's deposit or other monies to Crystal, for which Guest shall at all times remain liable, or any failure to remit a refund from Crystal to the Guest. Receipt by Guest's Travel Advisor of these Terms, the Cruise Contract or of any other communications, notices or information from Crystal shall constitute receipt of such materials by the Guest. If the Guest's Travel Advisor fails to remit Guest's monies to Crystal, the Guest shall remain liable for all monies due. Issuance and validity of Guest's Cruise Contract is conditional upon final payment being received by Crystal prior to sailing. Any refund made by Crystal to a Travel Advisor on behalf of Guest shall also be deemed payment to Guest, regardless of whether the monies are delivered by the Travel Advisor to Guest.

## 16. LIMITS ON CRYSTAL'S RESPONSIBILITY FOR THIRD PARTIES WHO PROVIDE GOODS AND SERVICES

Crystal purchases transportation (by aircraft, coach, train, vessel or otherwise), hotel and other lodging accommodations, restaurant, ground handling and other services from various independent suppliers (including from time-to-time other affiliates of Crystal). Neither Crystal nor its parent company, affiliates or subsidiaries, nor any of their respective employees, shareholders, officers, directors, successors, representatives, agents and assigns (collectively the "Crystal Parties"), own or operate any transportation, lodging accommodations on land, restaurants, ground transport and other goods and services for your trip. All such persons and entities are independent contractors. As a result, the Crystal Parties are not liable for any injury to Guest, including any negligent or willful acts, of any such person or entity or of any third person providing such goods and services.

In addition and without limitation, the Crystal Parties are not responsible for any injury, financial or physical loss, death, inconvenience, delay or damage to personal property in connection with the provision of services whether resulting from but not limited to acts of God or force majeure, illness, disease, acts of war, civil unrest, insurrection or revolt, animals, strikes or other labor activities, criminal or terrorist activities of any kind.

## 17. TRAVEL ADVISORIES / WARNINGS

It is the responsibility of the Guest to become informed about the most current travel advisories and warnings by referring to the U.S. State Department or any other government agencies worldwide that Guest will be visiting on the Cruise. In the event of an active State Department or other government travel warning against travel to the specific destination location(s) of the trip, should the Guest still choose to travel, notwithstanding any travel advisory, the guest assumes all risk of personal injury, death or property damage that may arise out of the events like those advised or warned against.

## 18. AMENDMENTS OR MODIFICATIONS BY CRYSTAL

Crystal reserves the right to correct any errors or omissions in its published materials and to amend these Terms at any time. All amended Terms shall automatically be effective upon being posted by Crystal to the Website at www.crystalcruises.com. Guests should check the Website prior to travel to ensure that Guest is aware of any changes.

## 19. REFUSAL OF PASSAGE

Crystal may refuse passage or transport or may debark at any port any Guest who may be suffering from a Contagious or infectious disease (including but not limited to COVID-19), ill health or whose presence in the opinion of the Master may be detrimental to the comfort or safety of other Guests or the crew, or who, in the Master's opinion, might be excluded from landing at destination by Immigration or other governmental authorities. In such cases, the Guest shall not be entitled to any refund of fare or compensation whatsoever. Crystal reserves the right to refuse passage to Guests with criminal backgrounds. In addition, Crystal cannot be held responsible or liable for any complications relating to pregnancy at any stage. See section 21(D) and (E) below concerning and Minors and pregnant women who may be refused boarding if they fail to comply with Crystal's boarding requirements.

## 20. SERVICE ANIMALS

No animals are allowed on board Crystal ships except service animals. A service animal is any dog that is individually trained to do work or perform tasks for the benefit of an individual with a disability, including a physical, sensory, psychiatric, intellectual, or other mental disability. Crystal must be notified at least 90 days prior to sailing if a service animal is to be brought on board the ship. Many ports of call have strict entry requirements for animals, and Guest must ensure that Guest's service animal complies with all requirements of each destination. Crystal is not responsible for Guest's inability to visit a port of call due to Guest's failure to comply with any such entry requirements. Crystal shall also not responsible for the case and feeding of Guest's dog. Guest agrees to accept

responsibility and reimburse Carrier for any loss, damage or expense whatsoever related to the presence of any service animal brought on board the Ship.Guests should contact Crystal's Onboard Guest Services department at OBGS@crystalcruises.com.

21. GUESTS WITH DISABILITIES/SPECIAL NEEDS

Wheelchair-accessible restrooms are available in the common areas of the ship. Assistive Listening Systems are available in the main theaters. Closed captioning is available for suite/guest room televisions and select onboard video monitors. Sign language interpretation is available for live performances on designated cruise dates. Suite/guest room Communication Kits containing door knock and phone alerts, phone amplifier, bed shaker notification, a strobe light smoke detector, and a Text Typewriter (TTY) are available.Guests should contact Onboard Guest Services department at OBGS@crystalcruises.com.

(A) Guests with Mobility Disabilities/Wheelchair Accessible Guest Rooms

Crystal offers certain accessible guest rooms, equipped for Guests with mobility disabilities. Features include: ramped bathroom thresholds, added phones in the bathroom/nightstand, bathroom and shower handrails, fold-down shower seats, handheld shower heads, raised toilet seats, and lowered towel and closet bars. Guests requiring a wheelchair throughout their cruise or who have any other special need should contact Crystal's Guest Services department at OBGS@crystalcruises.com prior to their cruise.

(B) Guests With Disabilities: Accommodations

If you would like to receive information or request accommodations for Guests with disabilities, please discuss your needs at the time of booking or contact Crystal's Special Needs Desk at 1-888-615-2539 or obgs@crystalcruises.com. For information via TTY, please call 1-888-615-2539. You must inform Crystal prior to sailing of any medical equipment which you wish to bring on board so that Crystal can determine if the equipment can be carried safely on board. The ship cannot carry liquid oxygen or refill or supply oxygen cylinders. Failure to notify Crystal of such equipment may result in that equipment not being allowed on board the ship and consequently may affect your ability to participate in the cruise. No more than 2 pieces of such medical equipment are allowed per suite/guest room and the value of such equipment must not exceed $4,000 per suite/guest room in total, unless agreed otherwise in writing by Crystal. If any such equipment is lost or damaged by the negligence of Crystal and/or its servants or agents, then Crystal will replace or repair such equipment at its option.

(C) Guests With Disabilities, Including Reduced Mobility, Booking Cruises Embarking or In European Union Ports

EU Regulation 1177/2010 applies where the Guest embarks the ship in a European Union port. At the time of booking, Guests must notify Crystal in writing if they are a "Disabled Person" or "Person with Reduced Mobility" that may require special arrangements, medical equipment and/or supplies, or care or assistance at the terminal of embarkation or debarkation, during embarkation or debarkation or during the cruise; of any specific needs required concerning the Guest's accommodations, seating or services; and whether they need to bring any specific medical equipment or assistance animals on board. If a Guest's circumstances change between the date of booking and the cruise, the Guest must inform Crystal as soon as possible and advise of the need of any special arrangements including medical equipment. Crystal will refuse boarding to Guests who cannot be carried safely and according to all applicable safety requirements established by International, European Union or National Law or where embarkation, debarkation and/or carriage of the Guest cannot be carried out in a safe manner. Crystal can refuse to accept a booking or subsequently embark any Guest on the grounds of safety, taking into account among other things the ISM Code for the Safe Operation of Ships and/or SOLAS relating to the Safety of Life at Sea. It is important that Guest provide full information at the time of booking. "Disabled Person" or "Person with Reduced Mobility" under this Regulation means any person whose mobility when using transport is reduced as a result of any physical disability (sensory or locomotor, permanent or temporary), intellectual or psychosocial disability or impairment, or any other cause of disability or impairment or as a result of age, and whose situation needs

EXHIBIT XXX

appropriate attention and adaptation to his/her particular needs for the services made available to all passengers.

Where necessary in order to comply with applicable safety requirements, Crystal Line may require a Disabled Person or Person with Reduced Mobility to be accompanied by another person who is fit and able to assist them in day-to-day activities. This requirement may vary from ship to ship and itinerary to itinerary. Guests who may fall into this category may include those who require assistance with personal care including feeding. All personal care or supervision must be arranged by you at your expense. Crystal is unable to provide respite care, one-to-one personal care or supervision or any other form of specialized care for Guests.

(D) Minors

No infants under six (6) months shall be booked on a cruise, nor brought on board any Crystal cruise by any guest under any circumstances. Any guest under the age of 18 shall be considered a minor and must travel with a parent or legal guardian over the age of twenty-one (21). If the adult accompanying the child is not a parent or legal guardian, Crystal's "Parental Consent Guardianship Form" must be signed by both parents or legal guardian(s), notarized and apostilled, and received by Crystal no later than thirty (30) days prior to sailing. Guests under the age of eighteen (18) must be in a guest room either with a parent or a guardian over twenty-one (21) years of age. Unwed, unrelated couples must be eighteen (18) or over to be booked in the same suite/guest room.

(E) PREGNANCY

Pregnant women who will enter the 24th week or more of estimated fetal gestational age at any time during the cruise will be ineligible to sail and agree not to book the cruise. After making a booking should any guest learn they will enter their 24th week of pregnancy (i.e. 23 weeks and 1 day) during their cruise they are advised to immediately cancel their cruise as they will not be entitled to a refund once cancellation fees take effect.

22. IMPORTANT LIMITATIONS ON THE COMPANY'S LIABILITY

Nothing in these Booking Terms and Conditions shall limit or deprive Crystal of the benefit of any applicable statutes or laws of the United States of America or any other country; or any international convention providing for release from, or limitation of, liability. In the event multiple statutes, laws or conventions may apply, Crystal shall be entitled to any or all such limitations unless there is a conflict between such statutes, laws or conventions, in which case Crystal shall be entitled to invoke the limitation which provides the most favorable limitation to Crystal.

(A) Time Limits For Claims

Crystal shall not be liable for any claims whatsoever unless full particulars in writing are given to Crystal within thirty (30) days after the Guest is landed from the ship or in the case the voyage is abandoned, within thirty (30) days thereafter. legal proceedings to recover on any claim whatsoever other than for personal injury, illness or death shall not be maintainable unless commenced within six (6) months after the date guest is landed from the ship or in the case the voyage is abandoned, within six (6) months thereafter, and unless served upon carrier within 120 days after commencement. guest expressly waives all other potentially applicable state or federal limitation periods for claims which include, but are not limited to, allegations concerning any and all civil rights, the Americans with Disabilities Act (ADA), trade practices and/or advertising.

(B) Small Claims under $8,000. Any and all disputes, claims, or controversies whatsoever whether brought in personam or in rem or based on contract, tort, statutory, constitutional or other legal rights, including but not limited to alleged violation of civil rights, discrimination, consumer or privacy laws, or for any losses, damages or expenses, relating to or in any way arising out of, related to, or connected with this Contract, the booking of the Cruise, shore excursions, and land and hotel packages, no matter how described, pleaded or styled, between the Guest and Crystal in which Guest or any other claimant asserts damages for less than $8,000 (excluding attorney fees, costs, and interest, which are not included to determine the amount at issue) must be litigated, if at all, before

a small claims court located in Broward County, Florida, U.S.A. to the exclusion of the courts of any other county, state or country. Guest hereby consents to such exclusive jurisdiction and waives any jurisdictional, venue or other objection that may be otherwise available.

(C) Arbitration for All Claims Over $8,000. Any and all disputes, claims, or controversies whatsoever whether brought *in personam* or in rem or based on contract, tort, statutory, constitutional or other legal rights, including but not limited to alleged violation of civil rights, discrimination, consumer or privacy laws, or for any losses, damages or expenses, relating to or in any way arising out of or connected with these Booking Terms and Conditions, the booking of the cruise, shore excursions, and land and hotel packages, or Guest's Cruise, no matter how described, pleaded or styled, between the Guest and Crystal, in which Guest or any other claimant asserts damages for more than $8,000.00 (excluding attorney fees, costs, and interest, which are not included to determine the amount at issue) shall be referred to and resolved exclusively by binding arbitration pursuant to the united nations convention on the recognition and enforcement of foreign arbitral awards (New York 1958), 21 U.S.T. 2517, 330 U.N.T.S. 3, 1970 U.S.T. LEXIS 115, 9 U.S.C. §§ 202-208 ("the Convention") and the Federal Arbitration Act, 9 U.S.C. §§ 1, et seq., ("FAA") solely in Broward County, Florida, U.S.A. to the exclusion of any other forum. Guest hereby consents to such exclusive jurisdiction and waives any jurisdictional, venue or other objection that may be available to any such arbitration proceeding in Broward County, Florida. The arbitration shall be administered by National Arbitration and Mediation ("NAM") under its comprehensive dispute resolution rules and procedures and the fee schedule in effect at the time of initiating the proceeding with NAM, which are deemed to be incorporated herein by reference. Each party shall bear their own costs and fees associated with any such filing. If guest has a question about the arbitration process or wants to obtain a current copy of the comprehensive dispute resolution rules and procedures and/or fee schedule, guest may contact NAM at: National Arbitration and Mediation, attention claims department, 990 Stewart Street, First Floor, Garden City, NY 11530, telephone number (800) 358-2550. Neither party will have the right to a jury trial or to engage in pre-arbitration discovery except as provided in the applicable arbitration rules and herein, or otherwise to litigate the claim in any court (other than small claims court in Broward County, Florida. The arbitrator's decision will be final and binding.

(D) Jurisdiction, Venue and Jury Trial Waiver.  Except as provided above and only of the above-referenced arbitration clause is ruled unenforceable by a court of law, it is agreed by and between the Guest and Crystal that all disputes and matters whatsoever related to, arising under, in connection with or incident to these Booking Terms and Conditions, shall be litigated, if at all, before the United States District Court For The Southern District of Florida in Ft. Lauderdale or as to those lawsuits to which the Federal Courts of the United States lack subject matter jurisdiction, before a court located in Broward County, Florida, U.S.A. to the exclusion of the courts of any other county, state or country. Guest hereby consents to such exclusive jurisdiction and waives any jurisdictional, venue or other objection that may be available. If a matter is brought in the federal courts of the United States and no diversity jurisdiction exists, then the matter must proceed under the court's admiralty jurisdiction and guest may not be allowed a trial by jury. If a matter proceeds under the court's admiralty jurisdiction, then carrier consents to a trial by jury pursuant to Federal Rule of Civil Procedure 39(C). Guest Acknowledges and Understands that a federal court presiding over the matter under admiralty jurisdiction may not grant a trial by jury despite carrier and guest's request for a trial by jury, and in such event, guest knowingly and voluntarily waives a trial by jury.

(E) Arbitration Rules and Jury Trial Waiver

Neither party will have the right to a jury trial or to engage in pre-arbitration discovery except as provided in the applicable arbitration rules and herein, or otherwise to litigate the claim in any court. The arbitrator's decision will be final and binding. Other rights that guest or carrier would have in court also may not be available in arbitration. An award rendered by an arbitrator may be entered in any court having jurisdiction under the Convention or FAA. Carrier and guest further agree to permit the taking of a deposition under oath of the guest asserting the claim, or for whose benefit the claim is asserted, in any such arbitration. In the event this provision is deemed unenforceable by an arbitrator or court of competent jurisdiction for any reason, then and only then the provisions of section 22(d) above governing venue and jurisdiction shall exclusively apply to any lawsuit involving claims described in this clause.

EXHIBIT XXX

(F) Governing Law

Crystal bookings are deemed to be contracts made in the state of Florida and are governed by Florida law and, to the greatest extent applicable, the general maritime law of the United States, to the exclusion of all choice-of-law rules which might otherwise apply.

(G) Class Action Waiver

Guest hereby agrees that these booking terms and conditions provide for the exclusive resolution of disputes through individual legal action on each Guest's behalf rather than any class, collective or representative action. Guest may only bring claims against Crystal Guest's individual capacity. Even if the applicable law provides otherwise, Guest agrees that any arbitration or lawsuit against Crystal whatsoever shall be litigated by Guest individually and not as a member of any class or as part of a class or representative or action, and Guest expressly agrees to waive any law entitling guest to participate in a class action. If Guest's claim is subject to arbitration as provided in section above, the arbitrator shall have no authority to arbitrate claims on a class action basis. Guest agrees that this section shall not be severable under any circumstances from the arbitration clause set forth above, and if for any reason this class action waiver is unenforceable as to any particular claim, then and only then such claim shall not be subject to arbitration. The validity and effect of this class action waiver may be determined only by a judge or court of law and not by an arbitrator. Guest agrees that carrier can receive immediate judicial assistance to enforce this class action waiver.

(H) Claims for Emotional Distress. Crystal shall not be liable to the Guest for any emotional distress, mental anguish or psychological injury of any kind, except where said emotional distress, mental anguish or psychological injury was the result of either (a) physical injury to the Guest caused by the negligence or fault of Guest, (b) the Passenger having been at actual risk of physical injury and such risk was caused by the negligence or fault of Crystal, or (c) was intentionally inflicted by a Crystal crewmember or the Crystal as provided under 46 U.S.C. § 30509.

(I) Claims of Improper Performance or Breach of the Contract. The Company's liability for improper performance or breach of the Contract shall be limited to a maximum of two times the price which the Guest paid for their Cruise Package.

(J) No Consequential, Indirect or Punitive Damages. Notwithstanding anything to the contrary elsewhere in these Booking Terms and Conditions, in no event shall Crystal or its members, partners, shareholders, directors, officers, managers, employees or agents be liable for any indirect, consequential, incidental or punitive damages (including but not limited to damages for lost profits, loss of revenue, loss of use, loss of contract or other opportunity, for any other consequential or indirect loss or damage of a similar nature) arising out of the transaction contemplated herein.

23. PRIVACY NOTICE

See the Crystal Privacy Notice, which can be found at www.crystalcruises.com/privacy , and which is incorporated herein.

CRYSTAL CRUISES

EXHIBIT XXX

OVERVIEW

OFFERS

CRYSTAL SOCIETY

EXCEPTIONAL INITIATIVE

NEWS

WORK WITH US

GUEST SUPPORT

CONTACT US

CHARGERBACK LOST & FOUND

FREQUENTLY ASKED QUESTIONS

SIGN UP FOR EMAIL

EMAIL OPT-OUT

LUGGAGE FORWARD

POLICIES AND LEGAL

BOOKING TERMS & CONDITIONS

TERMS OF USE

COOKIE POLICY

CRUISE CONTRACT

PRIVACY POLICY

DO NOT SELL MY INFORMATION

USEFUL INFORMATION

TRAVEL PARTNER CENTER

CHARTERS AND INCENTIVES

VISA SUPPORT CENTER

**VESSEL SAFETY AND SECURITY ACT**

**PASSENGER BILL OF RIGHTS**

UNITED STATES

© 2024 CRYSTAL CRUISES LTD